# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Matthew Isaac GROBSTEIN | ) | Case No. 13mj533 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 22 2013

MATTHEW J. DYKMAN
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 21, 2013  in the county of  Bernalillo  in the  Judicial  District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(B) | Knowingly and Intentionally possess with intent to distribute more than 50 grams of Methamphetamine |

This criminal complaint is based on these facts:

*** SEE ATTACHED AFFIDAVIT ***

☒ Continued on the attached sheet.

_____
Complainant's signature

Jarrell W. Perry, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 02-22-2013

_____
Judge's signature

City and state:  Albuquerque, New Mexico    Alan C. Torgerson, US Magistrate Judge
Printed name and title

**AFFIDAVIT**

On February 21, 2013, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry and DEA Task Force Officer (TFO) John Walsh were at the Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico to meet the eastbound Greyhound Bus which makes a regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry approached a male, later identified as Matthew Isaac GROBSTEIN, who had reboarded the bus was standing by his respective seat. S/A Perry displayed his DEA badge to GROBSTEIN, identified himself as a police officer to GROBSTEIN, asked for and received permission to speak with GROBSTEIN. After a short conversation, S/A Perry asked GROBSTEIN if he had any luggage with him and GROBSTEIN identified a blue colored suitcase that was lying in the window seat beside him.

S/A Perry asked for and received voluntary permission from GROBSTEIN to search his blue suitcase for contraband. GROBSTEIN unzipped his blue suitcase and removed a black colored "Adidas" brand hooded jacket and held it in his hands. S/A Perry asked for and received permission from GROBSTEIN to search the black jacket for contraband. GROBSTEIN handed the black jacket to S/A Perry. S/A Perry immediately felt and observed a hard like bundle that was concealed in the inner lining of the jacket and also observed glue on the inner lining of the jacket where the bundle was located. S/A Perry felt a crunching like substance inside of the bundle and also observed an area of the jacket that had been opened and sewn back with thread. S/A Perry immediately knew from his training and experience that the bundle and its contents were consistent with illegal narcotics. S/A Perry handcuffed GROBSTEIN, thus placing him under arrest.

GROBSTEIN was transported to the DEA Albuquerque District Office (ADO), along with the black colored "Adidas" brand jacket.

At the DEA ADO, S/A Perry and TFO Walsh removed a clear plastic heat-sealed bundle containing a brownish colored crystal like substance from the lining of the jacket. S/A

Perry and TFO Walsh weighed the bundle, approximately 300 gross grams. S/A Perry and TFO Walsh cut into the bundle, which revealed a brownish colored crystal like substance. S/A Perry and TFO Walsh field-tested the brownish colored crystal like substance, which revealed a positive reaction for the presence of methamphetamine.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

_____
Jarrell W. Perry
Special Agent
Drug Enforcement Administration

_____
United States Magistrate Judge
2/22/13