FILED
At Albuquerque NM

MAR 0 5 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                 )<br>        Plaintiff,                                           )<br>                                                                 )<br>vs.                                                            )<br>                                                                 )<br>**MATTHEW ISAAC GROBSTEIN,**       )<br>                                                                 )<br>        Defendant.                                      )<br>                                                                 )<br>                                                                 )<br>                                                                 ) | CRIMINAL NO. 13-CR-663 MV<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B):<br>Possession With Intent to Distribute 50<br>Grams and More of a Mixture and<br>Substance Containing Methamphetamine. |

## INDICTMENT

The Grand Jury charges:

On or about February 21, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **MATTHEW ISAAC GROBSTEIN,** unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

*JW* Tuesday, March 5, 2013

1