# ARRAIGNMENT MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO
### Albuquerque

| CR 13-663 MV | UNITED STATES vs. Grobstein |
|---|---|

**Before The Honorable W. Daniel Schneider, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 3/15/2013 | Total Time: | 1 minute |
| AUSA: | Elaine Ramirez | Liberty: | Gila @ 9:42 a.m. |
| Defense Counsel: | Kari Converse | Clerk: | E. Romero |
| Probation/PTS | S. Avila-Toledo | Interpreter: | n/a |
| Deft's Name: | Matthew Grobstein | YOB: | |

| | |
|---|---|
| X | Defendant waived appearance |
|   | Deft questioned re physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. |
| X | Deft received a copy of the Indictment |
|   | Deft questioned re time to consult with attorney regarding the penalties |
|   | Deft does not want Indictment read in open court |
| X | Deft waives reading of Indictment |
| X | Deft is ready to plead |
| X | Defendant enters plea of NOT GUILTY to all counts |
| X | Meet and Confer: 3/25/2013 |
| X | Motions due by: 4/4/2013 |
| X | Case assigned to: Judge Vazquez |
| X | Trial set on trailing docket: TO BE NOTIFIED |
|   | Defendant remanded to custody of USMS |
| X | Defendant released: Present conditions of release to continue |
| X | Discovery Order electronically filed |
|   | First Appearance of Defendant |
|   | Other: |