IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                  No. 13 CR 0663 MV

MATTHEW GROBSTEIN,

        Defendant.

## ORDER

**THIS MATTER** is before the Court sua sponte. The Court finds that a reply from the Government is necessary to aid the Court's resolution of the concerns the Government addresses in its *Notice to the Court* (Doc. 41), filed April 30, 2013.

The Government is **HEREBY ORDERED** to file a reply to Defendant's response no later than **fourteen (14) days** following entry of this order.

Dated this 24th day of May, 2013.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

*Attorney for Plaintiff:*
Paul Mysliwiec

*Attorneys for Defendant:*
Maggie Lane
Peter Schoenberg
Marc Lowry

1