CLOSED, REFER

# U.S. District Court
## District of New Mexico - Version 4.2 (Albuquerque)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00763-WJ-ACT

Arutinova, et al v. USA, et al
Assigned to: District Judge William P. Johnson
Referred to: Magistrate Judge Alan C. Torgerson
Demand: $0
Case in other court:
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 08/21/2006
Date Terminated: 09/10/2007
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Diana Arutinova**   represented by   **George L Bach , Jr.**
Bach & Garcia LLC
300 Central SW, Suite 2000 East
Albuquerque, NM 87102
505-899-1030
Fax: 505-899-1051
Email: george@bachandgarcia.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha E Mulvany**
Freedman Boyd Daniels Hollander
Goldberg & Ives PA
PO Box 25326
Albuquerque, NM 87125
(505) 842-9960
Fax: 842-0761
Email: mem@fbdlaw.com
*TERMINATED: 05/02/2007*
*LEAD ATTORNEY*

**Philip B. Davis**
Philip B. Davis, Attorney at Law
814 Marquette N.W.
Albuquerque, NM 87102
505.242.1904
Fax: 505.242.1864
Email: davisp@swcp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

EXHIBIT B

        **Zachary A Ives**
GARCIA IVES NOWARA
201 Third Street NW, Suite 480
Albuquerque, NM 87102
505-899-1030
Fax: 505-899-1051
Email: zach@ginlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Freedman Smith**
ACLU
PO Box 566
Albuquerque, NM 87103
(505) 266-5915
Fax: 505-266-5916
Email: asmith@aclu-nm.org

**Plaintiff**

**Edgar Manukian**        represented by    **George L Bach , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha E Mulvany**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip B. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary A Ives**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Freedman Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America** represented by **Elizabeth M Martinez**
U. S. Attorney's Office
P.O. Box 607
Albuquerque, NM 87102
(505) 224-1469
Fax: (505) 346-2558
Email: elizabeth.martinez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Zavitz**
PO Box 36527
Albuquerque, NM 87176
505-821-1643
Email: j_zavitz@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jarrell W (Jay) Perry**
*a United States Drug Enforcement Administration Agent*

represented by **Elizabeth M Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Zavitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe #1**
*TERMINATED: 11/13/2006*

**Defendant**

**John Doe #2**
*each in their individual capacities*
*TERMINATED: 11/13/2006*

**Defendant**

**David Smith**
*a United States Drug Enforcement Administration Special Agent*

represented by **Elizabeth M Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Zavitz**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

John E. Clayborne
*a United States Drug Enforcement Task Force Officer each in their individiual capacities*
*TERMINATED: 04/26/2007*

represented by **Elizabeth M Martinez**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**John W. Zavitz**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2007 | 39 | STIPULATION of Dismissal *re claims against USA* by United States of America (Martinez, Elizabeth) (Entered: 09/19/2007) |
| 09/10/2007 | 38 | STIPULATION of Dismissal *of Defendants Perry and Smith* by Diana Arutinova (Bach, George) (Entered: 09/10/2007) |
| 08/27/2007 | 37 | ORDER by Magistrate Judge Alan C. Torgerson re 32 Order Setting Rule 16 Settlement Conference. The Court was notified by the parties on August 27, 2007, that this case has been settled. The Settlement Conference scheduled for January 15, 2008, is hereby vacated. THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED. (Entered: 08/27/2007) |
| 08/20/2007 | 34 | ORDER by Judge Alan C. Torgerson granting 33 Defendant United States of America's Unopposed Motion for Entry of Stipulated Protective Order. (Entered: 08/20/2007) |
| 08/16/2007 | 33 | Unopposed MOTION for Protective Order *re Privacy Act Protected Information* by United States of America. (Martinez, Elizabeth) (Entered: 08/16/2007) |
| 07/18/2007 | 32 | ORDER by Judge Alan C. Torgerson Setting Rule 16 Settlement Conference. Settlement Conference set for 1/15/2008 09:30 AM in Albuquerque - 380-3 ADR Conference Room before Magistrate Judge Alan C. Torgerson. (Entered: 07/18/2007) |
| 07/18/2007 | 31 | ORDER by Judge Alan C. Torgerson granting 30 Joint Motion for Enlargement of Case Management Deadlines and Vacating Trial Setting. (Entered: 07/18/2007) |
| 07/16/2007 | 30 | Joint MOTION for Extension of Time to Complete Discovery *and to Vacate Trial Setting* by United States of America, Jarrell W (Jay) Perry, David Smith. (Martinez, Elizabeth) (Entered: 07/16/2007) |
| 07/11/2007 | 29 | NOTICE of Hearing: Call of the Calendar set for 1/28/2008 03:00 PM - 540 Bonito Courtroom; Jury Trial set for 2/4/2008 09:00 AM - 540 Bonito Courtroom; Pretrial Conference set for 1/22/2008 09:00 AM - 610 Judge William P. Johnson Chambers. (Attachments: # 1 Supplement Trial Preparation)(mag) (Entered: 07/11/2007) |

| | | |
|---|---|---|
| 06/27/2007 | 28 | Clerk's Minutes for proceedings held before Judge Richard L. Puglisi. A settlement Conference was held on 6/26/2007. The case did not settle. THIS IS A TEXT ENTRY ONLY. THERE ARE NO DOCUMENTS ATTACHED. (ls) (Entered: 06/27/2007) |
| 06/07/2007 | 27 | CERTIFICATE OF SERVICE by United States of America, Jarrell W (Jay) Perry, David Smith *re 5th Supplement to Rule 26 Disclosures and Expert Witness Disclosures* (Martinez, Elizabeth) (Entered: 06/07/2007) |
| 06/06/2007 | 26 | CERTIFICATE OF SERVICE by United States of America *re service of USA's Answers and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production* (Martinez, Elizabeth) (Entered: 06/06/2007) |
| 06/05/2007 | 25 | ORDER by Judge Alan C. Torgerson Granting 24 Joint Motion for Stipulated Protective Order. Stipulated Protective Order entered. (Entered: 06/05/2007) |
| 06/04/2007 | 24 | Joint MOTION for Protective Order by United States of America, Jarrell W "Jay" Perry, David Smith. (Martinez, Elizabeth) Modified docket text on 6/7/2007 (dmw) (Entered: 06/04/2007) |
| 05/14/2007 | 23 | NOTICE by United States of America, Jarrell W "Jay&quo Perry, David Smith *of Unavailability of government counsel* from 6/30/07 through 7/8/07 and 8/18/07 through 8/26/07 (Martinez, Elizabeth) Modified text on 5/15/2007 (sl). (Entered: 05/14/2007) |
| 04/26/2007 | 22 | STIPULATION of Dismissal *of Plaintiffs' Only Claim Against Defendant Clayborne* by Diana Arutinova, Edgar Manukian. (Ives, Zachary) (Entered: 04/26/2007) |
| 04/10/2007 | 21 | CERTIFICATE OF SERVICE by Diana Arutinova, Edgar Manukian *Plaintiffs' First Set of Interrogatories & Requests for Production to Defendant USA* (Ives, Zachary) (Entered: 04/10/2007) |
| 04/09/2007 | 20 | CERTIFICATE OF SERVICE by United States of America *re service of 4th Supplement to Defendants' Rule 26 Disclosures* (Martinez, Elizabeth) (Entered: 04/09/2007) |
| 03/30/2007 | 19 | CERTIFICATE OF SERVICE by United States of America *re 3rd Supplement to Rule 26 Disclosures, and Answers and Responses by Defendants Perry, Smith and Clayborne to Plaintiffs' 1st Set of Interrogatories and Requests for Production* (Martinez, Elizabeth) (Entered: 03/30/2007) |
| 03/23/2007 | 18 | CERTIFICATE OF SERVICE by United States of America *regarding service of 2nd Supplement to Rule 26 Disclosures* (Martinez, Elizabeth) Modified text on 3/26/2007 (sl). (Entered: 03/23/2007) |
| 03/16/2007 | 17 | CERTIFICATE OF SERVICE by Diana Arutinova, Edgar Manukian *Plaintiffs' Responses to Defendant United States of America's Interrogatory Nos. 1-11 and Requests for Production Nos. 1-12* (Mulvany, Martha) (Entered: 03/16/2007) |
| 02/28/2007 | 16 | CERTIFICATE OF SERVICE by United States of America *re service of First Supplement to Defendants' Rule 26 disclosures* (Martinez, Elizabeth) (Entered: 02/28/2007) |
| 02/27/2007 | 15 | ORDER by Judge Richard L. Puglisi Settlement Conference set for 6/26/2007 01:00 PM in Albuquerque - 730 Judge Richard L. Puglisi Chambers before Magistrate Judge |

| | | |
|---|---|---|
| | | Richard L. Puglisi. (jc) (Entered: 02/27/2007) |
| 02/27/2007 | | by Judge Richard L. Puglisi Settlement Conference set for 6/26/2007 01:00 PM in Albuquerque - 730 Judge Richard L. Puglisi Chambers before Magistrate Judge Richard L. Puglisi. (jc) (Entered: 02/27/2007) |
| 02/19/2007 | 14 | CERTIFICATE OF SERVICE by Diana Arutinova *For Plaintiffs First Set of Interrogatories and Requests for Production to All Defendants* (Bach, George) (Entered: 02/19/2007) |
| 02/08/2007 | | Set Deadlines/Hearings: Discovery due by 8/6/2007. Motions due by 9/24/2007. Pretrial Order due by 12/10/2007. TEXT ONLY (sl) (Entered: 02/08/2007) |
| 02/07/2007 | 13 | ORDER by Judge Alan C. Torgerson Adopting 8 Joint Status Report (filed by Diana Arutinova) and Provisional Discovery Plan With Changes and Setting Case Management Deadlines. (Entered: 02/07/2007) |
| 02/07/2007 | 12 | Clerk's Minutes - A Rule 16 Scheduling Conference was conducted Wednesday, February 7, 2007, at 2:00 p.m. by Magistrate Judge Alan C. Torgerson. (Entered: 02/07/2007) |
| 02/07/2007 | 11 | CERTIFICATE OF SERVICE by United States of America *re service of Interrogatory Nos. 1-11 and Requests for Production Nos. 1-12* (Martinez, Elizabeth) (Entered: 02/07/2007) |
| 02/01/2007 | 10 | CERTIFICATE OF SERVICE by Diana Arutinova *Plaintiffs' Rule 26(a)(1) Initial Disclosures* (Bach, George) (Entered: 02/01/2007) |
| 01/31/2007 | 9 | CERTIFICATE OF SERVICE by United States of America *Defendants' Rule 26 Disclosures* (Martinez, Elizabeth) (Entered: 01/31/2007) |
| 01/26/2007 | 8 | Joint Status Report and provisional discovery plan by Diana Arutinova. (Bach, George) Modified text on 1/29/2007 (sl). (Entered: 01/26/2007) |
| 12/06/2006 | 7 | INITIAL SCHEDULING ORDER by Magistrate Judge Alan C. Torgerson Rule 16 scheduling conference set for 2/7/07 at 2:00 pm; provisional discovery plan and IPTR due on 1/26/07 (cc: all counsel*) (sl) (Entered: 12/06/2006) |
| 11/30/2006 | 6 | NOTICE by USA, Jarrell W "Jay" Perry, David Smith, John E. Clayborne of unavailability of counsel from 12/14/06 through 12/15/06, 12/22/06 through 2/23/07, 2/16/07 through 2/23/07 * (sl) (Entered: 11/30/2006) |
| 11/30/2006 | 5 | ANSWER by USA, Jarrell W "Jay" Perry, David Smith, John E. Clayborne [2-1] * (sl) (Entered: 11/30/2006) |
| 11/30/2006 | 4 | ENTRY OF APPEARANCE for USA, Jarrell W "Jay" Perry, David Smith, John E. Clayborne by John W. Zavitz * (sl) (Entered: 11/30/2006) |
| 11/30/2006 | 3 | ENTRY OF APPEARANCE for USA, Jarrell W "Jay" Perry, David Smith, John E. Clayborne by Elizabeth M Martinez * (sl) (Entered: 11/30/2006) |
| 11/13/2006 | 2 | AMENDED COMPLAINT [1-1] by plaintiffs; jury demand terminating defendant John Doe #2, defendant John Doe #1; adding David Smith, John E. Clayborne (sl) (Entered: 11/14/2006) |

| | | |
|---|---|---|
| 08/21/2006 | | FILING FEE PAID: on 8/21/06 in the amount of $350.00, receipt #: 82143. (jrm) (Entered: 08/21/2006) |
| 08/21/2006 | 1 | COMPLAINT for Damages (3 Summons(es) issued) (referred to Magistrate Judge Alan C. Torgerson) (jrm) (Entered: 08/21/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/03/2013 09:25:10 | | | |
| PACER Login: | rd0095 | Client Code: | 8292 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00763-WJ-ACT |
| Billable Pages: | 5 | Cost: | 0.50 |