**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 25 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 13-CR-663-MV |
| ) | |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): |
| ) | Possession With Intent to Distribute |
| **MATTHEW ISAAC GROBSTEIN**, ) | MDMA. |
| ) | |
| Defendant. ) | |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about February 21, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **MATTHEW ISAAC GROBSTEIN**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 3,4-Methylenedioxymethamphetamine (MDMA) Hydrochloride.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney

_KAB_
Tuesday, September 24, 2013

1