U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 12

| 1. Program Code HID100 | 2. Cross Related Files File ☒ CS-12-141422 ☐ ☐ ☐ ☐ | 3. File No. MM-13-0039 | 4. G-DEP Identifier UCH1D |
|---|---|---|---|
| 5. By: Jarrell W Perry, SA  At: Albuquerque DO | | 6. File Title SOLORIO-ZAVALA, Alejandro | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared 12-21-2012 | |
| 9. Other Officers: See WITNESS Section | | | |
| 10. Report Re: Summary Report: Arrest of SOLORIO-ZAVALA and seizure of Ex.1, 2 and 3(1.05 gkgs of heroin) along with acquistion of Ex. N-1 through N-3 on 12-14-12 | | | |

**DEFENDANTS**

ALEJANDRO SOLORIO-ZAVALA, D.O.B. ▮      Place of Birth: La Piedad,
Michoachan, Mexico, Address: ▮▮▮▮▮▮▮▮▮▮▮ Glendale, Arizona,
Occupation: Laborer

**VIOLATIONS**

POSSESSION OF OVER ONE KILOGRAM OF HEROIN WITH INTENT TO DISTRIBUTE 21 USC 841 (a)(1), (b)(1)(A)

**JUDICIAL DISTRICT**

NEW MEXICO

**DATE/TIME/PLACE**

Friday, December 14, 2012, at approximately 11:20 a.m., Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico 87102

**EXHIBITS**

**DRUG**

| 11. Distribution: Division District Other | 12. Signature (Agent)  Jarrell W Perry, SA | 13. Date 12-21-2012 |
|---|---|---|
| | 14. Approved (Name and Title) /s/ David D Wolff, GS | 15. Date 01-14-2013 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**EXHIBIT E**

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. MM-13-0039 | 2. G-DEP Identifier UCH1D |
| | 3. File Title SOLORIO-ZAVALA, Alejandro | |
| 4. Page 2 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 12-21-2012 | |

1. Exhibit 1: Two clear plastic wrapped bundles containing a whitish colored powdery substance, believed to be heroin, which weighed approximately .55 gross kilograms. Exhibit 1 was seized by S/A Perry and Agent Armendariz from a wooden bear that was in the possession of SOLORIO-ZAVALA at the Greyhound Bus Station in Albuquerque, New Mexico on December 14, 2012. Exhibit 1 was transported to the DEA ADO by S/A Perry and Agent Armendariz. At the DEA ADO, S/A Perry and Agent Armendariz photographed, weighed and field-tested Exhibit 1. Exhibit 1 was processed and subsequently mailed to the DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested.

2. Exhibit 2: One clear plastic wrapped bundle containing a whitish colored powdery substance, believed to be heroin, which weighed approximately .25 gross kilograms. Exhibit 2 was seized by S/A Perry and Agent Armendariz from a wooden bear that was in the possession of SOLORIO-ZAVALA at the Greyhound Bus Station in Albuquerque, New Mexico on December 14, 2012. Exhibit 2 was transported to the DEA ADO by S/A Perry and Agent Armendariz. At the DEA ADO, S/A Perry and Agent Armendariz photographed, weighed and field-tested Exhibit 2. Exhibit 2 was processed and subsequently mailed to the DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested.

3. Exhibit 3: One clear plastic wrapped bundle containing a whitish colored powdery substance, believed to be heroin, which weighed approximately .25 gross kilograms. Exhibit 3 was seized by S/A Perry and Agent Armendariz from a wooden bear that was in the possession of SOLORIO-ZAVALA at the Greyhound Bus Station in Albuquerque, New Mexico on December 14, 2012. Exhibit 3 was transported to the DEA

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. MM-13-0039 | 2. G-DEP Identifier UCH1D |
| | 3. File Title SOLORIO-ZAVALA, Alejandro | |
| 4. Page 3 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 12-21-2012 | |

ADO by S/A Perry and Agent Armendariz. At the DEA ADO, S/A Perry and Agent Armendariz photographed, weighed and field-tested Exhibit 3. Exhibit 3 was processed and subsequently mailed to the DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested.

**NON-DRUG**

1. Exhibit N-1:  One Greyhound Bus ticket folder containing various bus tickets obtained by S/A Perry from SOLORIO-ZAVALA at the Greyhound Bus Station in Albuquerque, New Mexico on December 14, 2012. S/A Perry, witnessed by TFO Trujillo, maintained custody of Exhibit N-1 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.
2. Exhibit N-2:  One DEA cardboard box containing two black colored duffel bags that were obtained by S/A Perry from SOLORIO-ZAVALA at the Greyhound Bus Station in Albuquerque, New Mexico on December 14, 2012. S/A Perry, witnessed by TFO Trujillo, maintained custody of Exhibit N-2 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.
3. Exhibit N-3:  One DEA cardboard box containing three wooden bears that originally contained Exhibits 1, 2 and 3. Exhibit N-3 was obtained by S/A Perry from SOLORIO-ZAVALA at the Greyhound Bus Station in Albuquerque, New Mexico on December 14, 2012. S/A Perry, witnessed by TFO Trujillo, maintained custody of Exhibit N-3 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.

**DEFENDANTS**

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. MM-13-0039 | 2. G-DEP Identifier UCH1D |
|---|---|---|
| | 3. File Title SOLORIO-ZAVALA, Alejandro | |
| 4. Page 4 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 12-21-2012 | |

Alejandro SOLORIO-ZAVALA was arrested in Albuquerque, New Mexico in possession of three wooden bears that contained approximately 1.05 gross kilograms of heroin. SOLORIO-ZAVALA is being charged on the federal level and appeared for his initial appearance on December 17, 2012.

**WITNESSES**

Drug Enforcement Administration Special Agent Jarrell W. Perry

Border Patrol Agent Jaime Armendariz

**DETAILS**

1. On Friday, December 14, 2012, S/A Perry was at the Greyhound Bus Station in Albuquerque, New Mexico to meet the eastbound Greyhound Bus that is scheduled to arrive at 10:15 a.m. for its regularly scheduled stop. S/A Perry was there to meet the bus when it arrived and observed the passengers deboard the bus prior to the bus being serviced during its stay in Albuquerque, New Mexico.

2. S/A Perry observed the bus moved to the wash bay for its normal washing and servicing. S/A Perry boarded the bus to look at the carry-on luggage that was placed in the passenger seating compartment of the bus. S/A Perry observed two different black colored duffel type bags on the right hand side of the bus, approximately 7-8 seats from the front of the bus. S/A Perry observed that one of the bags was lying in the window seat and the other smaller bag was directly above the seat in the overhead luggage compartment. S/A Perry observed that one of the both bags had Greyhound name tags attached with handwritten names in ink of Alejandro SOLORIO with a Newark, New Jersey address attached to both bags. S/A Perry picked up the black colored bag in the overhead luggage compartment and observed that it

DEA Form    - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No.<br>MM-13-0039 | 2. G-DEP Identifier<br>UCH1D |
|---|---|---|
| | 3. File Title<br>SOLORIO-ZAVALA, Alejandro | |
| 4.<br>Page 5 of 12 | | |
| 5. Program Code<br>HID100 | 6. Date Prepared<br>12-21-2012 | |

was very heavy compared to the larger black bag that was lying in the window seat. S/A Perry observed that the zipper to the bag from the overhead luggage compartment was unzipped approximately 4-5 inches. From plain view and without any type of manipulation, S/A Perry observed a brown colored wooden object located inside of the black bag. S/A Perry placed the black bag in its original location in the overhead luggage compartment.

3. Prior to the passengers that were destined for cities east of Albuquerque, New Mexico reboarding the bus, S/A Perry and Agent Armendariz boarded the bus. S/A Perry approached a male, later identified as Alejandro SOLORIO-ZAVALA, who boarded the bus, walked to his respective aisle seat and sat down directly beside that black bag and underneath of the other black duffel bag that S/A Perry had observed earlier. S/A Perry stood to the rear of SOLORIO-ZAVALA's seat, out of the aisle way in order to not block SOLORIO-ZAVALA's egress from his seat or movement on the bus. S/A Perry said, "Hello sir, how are you doing?" SOLORIO-ZAVALA did not respond to S/A Perry. In the Spanish language, S/A Perry asked SOLORIO-ZAVALA if he spoke English and SOLORIO-ZAVALA said, "No." S/A Perry asked SOLORIO-ZAVALA if he spoke Spanish and SOLORIO-ZAVALA said, "Yes." S/A Perry displayed his DEA badge to SOLORIO-ZAVALA, identified himself as a police officer to SOLORIO-ZAVALA, asked SOLORIO-ZAVALA for permission to speak with him and SOLORIO-ZAVALA said, "Yes." S/A Perry asked SOLORIO-ZAVALA to see his bus ticket and SOLORIO-ZAVALA handed SOLORIO-ZAVALA a Greyhound Bus ticket folder containing bus tickets in the name of Alejandro SOLORIO. S/A Perry asked SOLORIO-ZAVALA where he was traveling to and SOLORIO-ZAVALA said, "Newark." S/A Perry asked SOLORIO-ZAVALA where he was

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. MM-13-0039 | 2. G-DEP Identifier UCH1D |
| | 3. File Title SOLORIO-ZAVALA, Alejandro | |
| 4. Page 6 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 12-21-2012 | |

traveling from and SOLORIO-ZAVALA said, "Phoenix." S/A Perry reviewed SOLORIO-ZAVALA's bus ticket and immediately returned it to SOLORIO-ZAVALA.

4. S/A Perry asked SOLORIO-ZAVALA if he had identification with him and SOLORIO-ZAVALA began to search through his pants pockets. S/A Perry asked SOLORIO-ZAVALA where he lived and SOLORIO-ZAVALA said, "In Phoenix." SOLORIO-ZAVALA handed S/A Perry an Arizona Identification Card in the name of Alejandro SOLORIO-ZAVALA. S/A Perry reviewed the identification and immediately returned it to SOLORIO-ZAVALA. S/A Perry asked Agent Armendariz, who is fluent in the Spanish language, to translate some questions for S/A Perry. Agent Armendariz asked SOLORIO-ZAVALA questions in the Spanish language and translated his answers in English to S/A Perry. S/A Perry asked SOLORIO-ZAVALA how long he was staying in Newark and SOLORIO-ZAVALA said, "For Christmas." SOLORIO-ZAVALA said he was going to visit family for Christmas and that he was planning to return to Phoenix via the bus as well. SOLORIO-ZAVALA said that he had been to New Jersey two months ago. Agent Armendariz asked SOLORIO-ZAVALA if he had any luggage with him and SOLORIO-ZAVALA placed his right hand on the black duffel bag that was directly beside him and identified that bag as belonging to him. Agent Armendariz asked it that was his only bag and SOLORIO-ZAVALA said yes. S/A Perry pointed to the black bag in the overhead luggage compartment and Agent Armendariz asked SOLORIO-ZAVALA if the black bag in the overhead luggage compartment also belonged to him. SOLORIO-ZAVALA said yes. Agent Armendariz asked SOLORIO-ZAVALA if he had any luggage underneath of the bus and SOLORIO-ZAVALA said no.

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No.<br>MM-13-0039 | 2. G-DEP Identifier<br>UCH1D |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 3. File Title<br>SOLORIO-ZAVALA, Alejandro | |
| 4.<br>Page  7  of  12 | | |
| 5. Program Code<br>HID100 | 6. Date Prepared<br>12-21-2012 | |

    5. Agent SOLORIO-ZAVALA asked SOLORIO-ZAVALA for permission to search his bags for contraband and SOLORIO-ZAVALA said yes. Agent Armendariz asked for permission to search both bags and SOLORIO-ZAVALA said yes. Agent Armendariz asked SOLORIO-ZAVALA for permission to search SOLORIO-ZAVALA's person for contraband and SOLORIO-ZAVALA said yes, while standing up and stepping into the aisle way. S/A Perry conducted a search of SOLORIO-ZAVALA's person with negative results for contraband. Agent Armendariz asked SOLORIO-ZAVALA whom he was staying with in Newark and SOLORIO-ZAVALA said his cousin, Jose. SOLORIO-ZAVALA said his cousin's last name of ZAVALA. SOLORIO-ZAVALA said that Jose ZAVALA lives in Newark, Warfield, New Jersey. S/A Perry searched the black bag that was lying directly beside SOLORIO-ZAVALA with negative results. S/A Perry removed the black bag from the overhead luggage compartment and sat it in the empty aisle seat directly behind SOLORIO-ZAVALA. S/A Perry unzipped the black bag, which revealed three different wooden bears with two of the bears being the same size and one bear being slightly larger than the two bears. S/A Perry picked up the wooden bears and SOLORIO-ZAVALA informed Agent Armendariz that they were figurines which were decorative that he picked up in Mexico. SOLORIO-ZAVALA said that the bears were brought to him in Phoenix from Port Penasco, Mexico. SOLORIO-ZAVALA said that his cousin, Samuel SOLORIO, brought them to him and that SOLORIO makes the bears. SOLORIO-ZAVALA said that the bears were presents for his cousins in Newark. SOLORIO-ZAVALA said that he did not purchase them and that he was given them as a gift from SOLORIO to give to ZAVALA.

    6. SOLORIO-ZAVALA said that there was nothing illegal inside of the bears and that they were solid. SOLORIO-ZAVALA said that the bears
DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. MM-13-0039 | 2. G-DEP Identifier UCH1D |
|---|---|---|
| | 3. File Title SOLORIO-ZAVALA, Alejandro | |
| 4. Page 8 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 12-21-2012 | |

were made from Iron, which is a type of wood. SOLORIO-ZAVALA said that the bears had not been opened and that they were solid. Agent Armendariz asked SOLORIO-ZAVALA for permission to drill a small hole in the bottom of the bear to confirm that there was nothing illegal inside and SOLORIO-ZAVALA said yes. S/A Perry informed SOLORIO-ZAVALA that S/A Perry needed to take the bears off of the bus in order to drill a small hole inside and SOLORIO-ZAVALA said that he wished to go with S/A Perry. S/A Perry walked off of the bus, followed by SOLORIO-ZAVALA and Agent Armendariz. S/A Perry met with Greyhound personnel, who used a small drill bit to drill a hole in the bottom of the largest bear. S/A Perry observed the drill bit being removed from inside the bear and observed a white powdery substance on the drill bit and also fall from the hole that was made into the bear. S/A Perry knew from his training and experience that the white powdery substance was consistent with illegal narcotics. Agent Armendariz handcuffed SOLORIO-ZAVALA, thus placing him under arrest.

7. S/A Perry and Agent Armendariz walked SOLORIO-ZAVALA to the Greyhound Bus service building, his personal property, including the three wooden bears. S/A Perry, along with Greyhound personnel assistance, in the presence of Agent Armendariz, opened up the three bears and removed a total of four clear heat-sealed bundles, Exhibits 1, 2 and 3, containing an off whitish colored powdery substance. S/A Perry obtained various photographs of the process of removing Exhibits 1, 2 and 3 from the bears. S/A Perry and Agent Armendariz field-tested the whitish colored powdery substance, which produced a positive reaction for the presence of heroin. S/A Perry and Agent Armendariz transported SOLORIO-ZAVALA to the DEA ADO, along with his personal

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No.<br>MM-13-0039 | 2. G-DEP Identifier<br>UCH1D |
|---|---|---|
| | 3. File Title<br>SOLORIO-ZAVALA, Alejandro | |
| 4. Page 9 of 12 | | |
| 5. Program Code<br>HID100 | 6. Date Prepared<br>12-21-2012 | |

property and Exhibits 1, 2 and 3. At the DEA ADO, SOLORIO-ZAVALA was placed into a temporary holding cell.

8. S/A Perry and Agent Armendariz weighed Exhibits 1, 2 and 3, approximately 1.05 gross kilograms. Exhibits 1, 2 and 3 were processed and subsequently mailed to the DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested. S/A Perry and Agent Armendaris processed SOLORIO-ZAVALA, which included fingerprints, photographs and a personal history form.

9. Agent Armendariz and S/A Perry interviewed SOLORIO-ZAVALA concerning his involvement in the transportation of heroin from Phoenix, Arizona to Newark, New Jersey. At approximately 3:40 p.m., Agent Armendariz read SOLORIO-ZAVALA his Miranda rights in Spanish from a DEA form 13a. SOLORIO-ZAVALA said, "Yeah," to understanding his Miranda rights and also to answering questions. SOLORIO-ZAVALA said that he wished to have his rights read to him again and Agent Armendariz read SOLORIO-ZAVALA his Miranda rights again. SOLORIO-ZAVALA said, "Yeah, " again to understanding his Miranda rights and to answering questions a second time. SOLORIO-ZAVALA said that he was traveling to Newark to visit his cousins, Jose ZENTANA, which was really not his cousin and that was what he called him. This name conflicted with the name that SOLORIO-ZAVALA said that he was traveling to visit while at the Greyhound Bus Station. SOLORIO-ZAVALA said that he planned his trip four days ago and that Andres ZAVALA asked SOLORIO-ZAVALA to do him a favor by traveling to Phoenix, Arizona to pick up the three bears and take them to ZENTANA for ZAVALA. This name that he said that he picked up the bears from also conflicted with the name that SOLORIO-ZAVALA provided for the

DEA Form   - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. MM-13-0039 | 2. G-DEP Identifier UCH1D |
|---|---|---|
| | 3. File Title SOLORIO-ZAVALA, Alejandro | |
| 4. Page 10 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 12-21-2012 | |

person whom he said that he picked up the bears from at the Greyhound Bus Station. SOLORIO-ZAVALA said that ZENTANA lives in Puerto Penasco, Mexico and that he has no contact telephone numbers for any of the people that he had mentioned earlier. SOLORIO-ZAVALA said that he traveled to New Jersey two months ago via the Greyhound Bus to look for work and stayed with ZENTANA in Brownfield, New Jersey. SOLORIO-ZAVALA said that he stayed in New Jersey for three weeks and returned to Phoenix via airplane and that ZENTANA and another male, only known to him as "Flaco", paid for half of SOLORIO-ZAVALA's trip to New Jersey and return to Phoenix. SOLORIO-ZAVALA said that it was too expensive to travel via Greyhound or the Amtrak Train on his return trip to Phoenix and that it why he decided to travel by airplane. SOLORIO-ZAVALA said, "They messed up my life, God Damn-it, I'm a dumb ass." SOLORIO-ZAVALA said that they paid for his bus ticket on this trip and that he got confused earlier. SOLORIO-ZAVALA said that ZAVALA paid for his bus ticket and also gave him $650.00 for expenses and that he was supposed to stay until after Christmas. S/A Perry observed that SOLORIO-ZAVALA was very nervous during the interview by drinking water continuously and played with the water bottle and its label during almost the entire interview. SOLORIO-ZAVALA also placed his hands in an out of his pockets often during the interview. SOLORIO-ZAVALA said that he was not getting paid to transport and deliver the bears, but was doing it as a favor. SOLORIO-ZAVALA said that he did not have much clothing and was going to purchase more clothes when he arrived in New Jersey. SOLORIO-ZAVALA began to rub his face and forehead often during this time and said that ZAVALA gave him the cellular telephone that he had with him 15 days ago. SOLORIO-ZAVALA could not explain

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>MM-13-0039 | 2. G-DEP Identifier<br>UCH1D |
|---|---|---|
| | 3. File Title<br>SOLORIO-ZAVALA, Alejandro | |
| 4.<br>Page 11 of 12 | | |
| 5. Program Code<br>HID100 | 6. Date Prepared<br>12-21-2012 | |

why he was given the telephone 15 days ago when he said that he decided to travel only four days ago and received a call from ZAVALA. SOLORIO-ZAVALA said that he doesn't know who is going to pick up the bears, but that someone was going to pick them up at the bus station when he arrived in New Jersey and that he originally thought it would be his cousins, but he was told that someone would be there to pick them up but he did not know who. SOLORIO-ZAVALA said that he was suspicious about the bears because he was given the money, the phone and the distance that he was traveling with the bears made it suspicious. SOLORIO-ZAVALA asked ZAVALA if there were drugs inside of the bears and he was told no. SOLORIO-ZAVALA said that he believed that the whole thing was suspicious. SOLORIO-ZAVALA said that both of the black bags belong to him and that ZAVALA gave him the black bears inside of the black bag. SOLORIO-ZAVALA said that both bags have his name attached with a Newark, New Jersey address in case they became lost that they would go to his address in New Jersey. SOLORIO-ZAVALA said that the address on his two bags belongs to Jose LOPEZ and that SOLORIO-ZAVALA wrote his name and the address on the bags himself. SOLORIO-ZAVALA could not explain how he knows the address of LOPEZ in Newark, but did not even know his address in Phoenix, Arizona. SOLORIO-ZAVALA said that he had a suspicion that there were drugs inside of the bears and knew that if there were drugs inside that it was going to mess up his life. The interview with SOLORIO-ZAVALA was terminated at approximately 4:30 p.m.

10.   S/A Perry prepared a federal criminal complaint charging SOLORIO-ZAVALA with possession of over one kilogram of heroin with intent to distribute, which was telephonically approved by AUSA James

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** | MM-13-0039 | UCH1D |
| *(Continuation)* | 3. File Title SOLORIO-ZAVALA, Alejandro | |
| 4. Page 12 of 12 | | |
| 5. Program Code HID100 | 6. Date Prepared 12-21-2012 | |

Braun. SOLORIO-ZAVALA was transported to the Sandoval County Detention Center for temporary housing and processing. On December 17, 2013, SOLORIO-ZAVALA appeared before United States Magistrate Judge Robert Hayes Scott for his initial appearance. SOLORIO-ZAVALA was remanded into the custody of the US Marshals Service pending further court proceedings. On December 18, 2013, SOLORIO-ZAVALA appeared before Judge Scott for his preliminary and detention hearings. SOLORIO-ZAVALA was remanded into the custody of the US Marshals Service pending further court proceedings.

**INDEXING**

1. SOLORIO-ZAVALA, Alejandro - NADDIS negative; Hispanic male, D.O.B. _____, SSN _____, FBI # _____, Alien Registration Number A _____, 5'4" tall, 175 pounds, Black hair, Brown eyes, Address: _____, Glendale, Arizona, Arizona D.L. _____, Occupation: Laborer. Remarks: Arrested in Albuquerque, New Mexico in possession of three wooden bears that contained 1.05 kilograms of heroin on December 14, 2012.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.