U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | |
|---|---|---|
| 1. Program Code HID100 | 2. Cross File / Related Files | 3. File No. [redacted] / 4. G-DEP Identifier [redacted] |
| 5. By: Jarrell W Perry, SA At: Albuquerque DO | ☐ ☐ ☐ ☐ ☐ | 6. File Title GROBSTEIN, Matthew Isaac |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 02-22-2013 |

9. Other Officers: See WITNESS Section

10. Report Re: Summary Report: Arrest of GROBSTEIN and seizure of Ex. 1 (300 ggrms of crystal methamphetamine) along with acquistion of Ex. N-1 and N-2 on 02-21-13

**DEFENDANTS**

MATTHEW ISAAC GROBSTEIN, D.O.B. [redacted] 1990, Place of Birth: Danbury, Connecticut, Address: [redacted] Montgomery, New York 12549

**VIOLATIONS**

POSSESSION OF OVER 50 GRAMS OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE 21 USC 841 (a)(1)(B)

**JUDICIAL DISTRICT**

NEW MEXICO

**DATE/TIME/PLACE**

Friday, February 21, 2013, at approximately 10:30 p.m., Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico 87102

**EXHIBITS**

**DRUG**

Exhibit 1: One clear plastic wrapped bundle containing a brownish colored crystal like substance, believed to be crystal methamphetamine, which weighed approximately 300 gross grams. Exhibit 1 was seized from the

| | | |
|---|---|---|
| 11. Distribution: Division<br>District<br>Other | 12. Signature (Agent) Jarrell W Perry, SA [signature] | 13. Date 02-21-2013 |
| | 14. Approved (Name and Title) /s/ David D Wolff, GS [signature] | 15. Date 03-15-2013 |

DEA Form - 6 (Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

EXHIBIT F

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| 4. Page 2 of 6 | 3. File Title GROBSTEIN, Matthew Isaac | |
| 5. Program Code HID100 | 6. Date Prepared 02-22-2013 | |

black jacket that was in the possession of GROBSTEIN by S/A Perry at the Greyhound Bus Station in Albuquerque, New Mexico on February 21, 2013. S/A Perry and TFO Walsh transported Exhibit 1 to the DEA ADO, where Exhibit 1 was photographed, weighed and field-tested by S/A Perry and TFO Walsh. Exhibit 1 was processed and subsequently mailed to the DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested.

**NON-DRUG**

Exhibit N-1: One Greyhound Bus ticket containing various Greyhound Bus tickets that were obtained from GROBSTEIN by S/A Perry at the Greyhound Bus Station in Albuquerque, New Mexico on February 21, 2013. S/A Perry, witnessed by TFO Walsh, maintained custody of Exhibit N-1 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.

Exhibit N-2: One blue colored suitcase containing miscellaneous clothing and one black colored "Adidas" brand hooded jacket which was obtained from GROBSTEIN by S/A Perry at the Greyhound Bus Station in Albuquerque, New Mexico on February 21, 2013. S/A Perry, witnessed by TFO Walsh, maintained custody of Exhibit N-1 until transferred to the ADO Non-Drug Evidence Custodian for storage and safekeeping.

**DEFENDANTS**

Matthew Isaac GROBSTEIN was arrested in Albuquerque, New Mexico in possession of approximately 300 grams of crystal methamphetamine on February 21, 2013. GROBSTEIN is being charged on the federal level in the District of New Mexico and appeared for his initial appearance on February 22, 2013.

**WITNESSES**

Drug Enforcement Administration Special Agent Jarrell W. Perry

Drug Enforcement Administration Task Force Officer John Walsh



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| 4. Page 3 of 6 | 3. File Title GROBSTEIN, Matthew Isaac | |
| 5. Program Code HID100 | 6. Date Prepared 02-22-2013 | |

**DETAILS**

1. On February 21, 2013, S/A Perry and TFO Walsh were at the Greyhound Bus Station in Albuquerque, New Mexico to meet the eastbound Greyhound Bus that is scheduled to arrive in Albuquerque, New Mexico at 9:25 p.m. S/A Perry was there to meet the bus when it arrived for its regularly scheduled stop and observed the passengers deboard the bus prior to the bus being serviced during its layover in Albuquerque, New Mexico.

2. S/A Perry and TFO Walsh boarded the bus and began conducting consensual encounters with the passengers that were destined for cities east of Albuquerque, New Mexico. S/A Perry began near the rear of the bus and spoke with the passengers as they reboarded the bus. S/A Perry conducted consensual encounters with various passengers that were seated in the rear of the bus and observed that there were no passengers reboarding the bus. S/A Perry began to make casual conversation with the passengers that he had already spoken with and was facing the rear of the bus. S/A Perry turned around and observed a passenger, later identified as Matthew Isaac GROBSTEIN, standing a few feet away from S/A Perry in the aisle way forward of S/A Perry. S/A Perry did not originally see or hear GROBSTEIN reboard the bus. S/A Perry displayed his DEA badge and credentials to GROBSTEIN, identified himself as a police officer to GROBSTEIN, asked GROBSTEIN for permission to speak with him and GROBSTEIN said, "Sure." S/A Perry asked GROBSTEIN where he was traveling to and GROBSTEIN said, "New York." S/A Perry asked GROBSTEIN if he had his bus ticket with him and GROBSTEIN said, "Sure." S/A Perry asked GROBSTEIN for permission to see his bus ticket and GROBSTEIN handed S/A Perry a Greyhound bus ticket folder containing bus tickets in the name of Matthew GROBSTEIN. S/A Perry reviewed the Greyhound Bus ticket folder and immediately returned it to GROBSTEIN.

3. S/A Perry asked GROBSTEIN where he began his trip and GROBSTEIN said, "Oakland." S/A Perry asked GROBSTEIN where he lived and GROBSTEIN said he lived in New York. S/A Perry asked GROBSTEIN how long he was in Oakland and GROBSTEIN said four days. S/A Perry asked GROBSTEIN if he had identification with him that S/A Perry could see and GROBSTEIN said yes. S/A Perry asked GROBSTEIN if he traveled via bus from New York to Oakland and GROBSTEIN said, "Nope, I flew." S/A Perry asked GROBSTEIN if



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title GROBSTEIN, Matthew Isaac | |
| 4. Page 4 of 6 | | |
| 5. Program Code HID100 | 6. Date Prepared 02-22-2013 | |

his trip was for vacation and GROBSTEIN said yes. GROBSTEIN handed S/A Perry a New York identification card in the name of Matthew Issac GROBSTEIN. S/A Perry reviewed the identification and immediately returned the identification to S/A Perry.

4. S/A Perry explained his duties as they pertain to interdiction on the Greyhound Bus to GROBSTEIN and informed GROBSTEIN that other passengers had already been spoken to and other passengers would be spoken to after him concerning the lack of security on the bus. S/A Perry asked GROBSTEIN if he had luggage with him on the bus and GROBSTEIN pointed to a blue colored medium sized suitcase that was lying in the empty window seat to the right of where GROBSTEIN was standing. GROBSTEIN was facing the rear of the bus and was standing forward of S/A Perry. S/A Perry asked GROBSTEIN if he had any other luggage with him on the Greyhound Bus and GROBSTEIN moved his head in a side to side motion.

5. S/A Perry asked GROBSTEIN if he had anything illegal inside of his luggage and GROBSTEIN said no. S/A Perry asked GROBSTEIN if he would voluntarily consent for S/A Perry to search his suitcase for contraband and GROBSTEIN said yeah while asking S/A Perry if S/A Perry was going to tear up his stuff inside the suitcase. S/A Perry informed GROBSTEIN that S/A Perry was not going to tear up any of his belongings. GROBSTEIN stepped out of the aisle way, moved the blue suitcase into the empty aisle seat, unzipped the suitcase and began to move clothing articles around inside of the suitcase. S/A Perry observed GROBSTEIN remove a black colored, "Adidas" brand hooded jacket from the blue suitcase and hold it in his right hand, then place the jacket under against his body and hold it with his arm. S/A Perry observed GROBSTEIN step back into the aisle way and used his left hand to make a motion towards the blue suitcase with his palm facing up. S/A Perry pointed to the black jacket that GROBSTEIN had against his right side of his body and asked GROBSTEIN for permission to search the black jacket for contraband. GROBSTEIN said yes and handed S/A Perry the black jacket.

6. S/A Perry immediately felt and observed a hard-like bundle that was concealed in the inner lining of the jacket and also observed glue on the inner lining of the jacket where the bundle was located. S/A Perry felt a crunching like substance inside of the bundle and also observed an



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title GROBSTEIN, Matthew Isaac | |
| 4. Page 5 of 6 | | |
| 5. Program Code HID100 | 6. Date Prepared 02-22-2013 | |

area of the jacket that had been opened and sewn back with thread. S/A Perry immediately knew from his experience that the bundle and its contents were consistent with a bundle of illegal narcotics. S/A Perry asked GROBSTEIN what the bundle was and GROBSTEIN said that it was a back support thing. S/A Perry asked GROBSTEIN if he had anything illegal on his person and GROBSTEIN said no. S/A Perry asked for and received permission from GROBSTEIN to search his person for contraband. A consensual search of GROBSTEIN's person produced negative results for contraband.

7. S/A Perry asked GROBSTEIN if he put the bundle inside of the jacket and GROBSTEIN said no, that the jacket came that way. S/A Perry asked GROBSTEIN if he bought the jacket with the bundle inside and GROBSTEIN said it was there as long as he has owned the jacket. S/A Perry asked GROBSTEIN when he purchased the jacket and GROBSTEIN said years ago. GROBSTEIN informed S/A Perry that he knew that S/A Perry wanted to search his suitcase and began to move clothing articles out of the suitcase onto the empty window seat. S/A Perry believed from his experience that GROBSTEIN was attempting to take S/A Perry's focus from the jacket to the blue suitcase. S/A Perry asked GROBSTEIN if the bundle came out of the jacket and GROBSTEIN said no, its been in there as long as I've had the jacket.

8. S/A Perry handcuffed GROBSTEIN, thus placing him under arrest. GROBSTEIN and his personal property were removed from the Greyhound Bus, along with the blue suitcase containing the black jacket that contained the suspected bundle of illegal narcotics. GROBSTEIN was transported to the DEA ADO by S/A Perry and TFO Walsh and placed into a temporary holding cell at the DEA ADO.

9. At the DEA ADO, S/A Perry and TFO Walsh obtained various photographs of GROBSTEIN's black jacket and the process of removing a clear plastic heat-sealed bundle containing a brownish colored crystal like substance, Exhibit 1. Exhibit 1 was photographed, weighed (approximately 300 gross grams) and cut into by S/A Perry and TFO Walsh. The brownish colored crystal like substance was field-tested by S/A Perry and TFO Walsh, which produced a positive reaction for the presence of methamphetamine. Exhibit 1 was processed and subsequently mailed to the



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title GROBSTEIN, Matthew Isaac | |
| 4. Page 6 of 6 | | |
| 5. Program Code HID100 | 6. Date Prepared 02-22-2013 | |

DEA South Central Laboratory for analysis and safekeeping, registered mail, return receipt requested.

10. S/A Perry and TFO Walsh processed GROBSTEIN, which included fingerprints, photographs and a personal history form. S/A Perry, in the presence of TFO Walsh, read GROBSTEIN his Miranda rights, per DEA 13a. GROBSTEIN said that he understood each and all of his Miranda rights and immediately asked for an attorney. No questions were asked to GROBSTEIN.

11. S/A Perry prepared a federal criminal complaint charging GROBSTEIN with possession of over 50 grams of methamphetamine with intent to distribute, which was telephonically approved by AUSA James Braun. On February 22, 2013, GROBSTEIN appeared before United States Magistrate Judge Alan C. Torgerson for his initial appearance. GROBSTEIN was remanded into the custody of the US Marshals Service pending further court proceedings. On February 25, 2013, GROBSTEIN appeared before Judge Torgerson for his preliminary and detention hearings. Judge Torgerson remanded GROBSTEIN into the custody of the US Marshals Service pending further court proceedings.

**INDEXING**





This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.