# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                                      No. CR 13-663-MV

MATTHEW I. GROBSTEIN,

        Defendant.

## Order and Notice of Trial

THIS MATTER is before the Court on defendant's *Ninth Unopposed Motion to Continue Trial Setting* [117]. The Court has weighed the representations made in the motion and finds granting a continuance to resolve these issues outweighs the public and defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161, specifically: Defense counsel requests additional time to allow the Court to rule on his pending Motion to Suppress.

Conducting a trial in the face of these facts would be contrary to the interests of justice. *Zedner v. United States* 126 S. Ct. 1976 (2006). Now, therefore,

**IT IS ORDERED** that the trial of this action be and hereby is continued from March 16, 2015 to **Monday, June 22, 2015, at 9:00 a.m.**, in the United States Courthouse, 106 South Federal Place in Santa Fe, New Mexico, pursuant to 18 U.S.C. § 3161(h)(7)(A), with the following pretrial dates and deadlines. It is further ordered that the period of time from the entry of this Order until the new trial date shall be excluded from the time limitations set forth within 18 U.S.C. § 3161(c)(1).

| Event | Date/Deadline |
|---|---|
| Joint Jury Instructions, Witness and Exhibit Lists, Voir Dire | June 8, 2015 |
| Objections to Witness and Exhibit Lists, Objections to Voir Dire | June 12, 2015 |
| Motion to Continue | June 12, 2015 |
| Motions in Limine/Response/Reply | June 1, 2015 / June 8, 2015 / June 12, 2015<br>This deadline does not include *Daubert* or other motions, which shall be made prior to the dispositive motions deadline established at arraignment.<br><br>Responses and replies to Motions in Limine filed 14 days or more before this deadline are due in accordance with the Federal and Local Rules of Criminal Procedure. |
| Jury Selection/Trial | June 22, 2015, 9:00 a.m. |

In an effort to conserve judicial resources, the Court must be advised of all plea agreements no later than ten (10) working days prior to trial. The plea must be entered at least five (5) days prior to the trial date.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Linda Z. Romero, Courtroom Deputy - **(505) 992-3826**
Trial Preparation guidelines:  http://www.nmcourt.fed.us/web/DCDOCS/Judges/vazquez.html