IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                  No. 13-CR-663-MV

MATTHEW I. GROBSTEIN,

      Defendant.

## ORDER GRANTING A PRESENCE INVESTIGATION FORM 13 REPORT BEFORE CONVICTION OR PLEA OF GUILTY

THIS MATTER comes before the Court on the Motion of Defendant requesting a presentence investigation (Form 13 PSR) be ordered prior to conviction or entry of a plea of guilty. The Court, having reviewed the Motion, and the Court being fully advised of the circumstances, including the concurrence of the government, FINDS that the Motion is well-taken. Accordingly,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED, and the United States Probation Office is ordered to conduct a presentence investigation in the above-referenced case.

_____
Martha Vázquez
United States District Court Judge

Submitted by:

Marc M. Lowry
Maggie Lane
*Counsel for Defendant Grobstein*

Approved by:

Paul Mysliwiec
*Assistant United States Attorney*