# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    No.   13-CR-663-MV

MATTHEW I. GROBSTEIN,

    Defendant.

## UNOPPOSED MOTION TO SET CONSOLIDATED
## CHANGE OF PLEA HEARING AND SENTENCING HEARING

COMES NOW Defendant Matthew I. Grobstein, by and through counsel Marc M. Lowry and Maggie H. Lane, and moves the Court to vacate the current trial setting of **Monday, May 22, 2017, at 9:00 a.m.**, and set a change of plea and sentencing hearing for **Thursday**, **July 6, 2017**.

The Government, through Assistant United States Attorney Letitia Carroll Simms, does not oppose this motion. The parties have conferred and agreed on **Thursday, July 6, 2017** for the Court to hold a consolidated plea and sentencing hearing

WHEREFORE, for the reasons stated above, Defendant Matthew Isaac Grobstein respectfully requests that this Court vacate the trial setting of **Monday, May 22, 2017** and set a plea and sentencing hearing for **Thursday, July 6, 2017.**

    Respectfully submitted,

    **ROTHSTEIN DONATELLI LLP**

    By:    s/ *Marc M. Lowry*

Marc Lowry
Maggie Lane
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
*Attorneys for Matthew Isaac Grobstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2017 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Letitia Carroll Simms
Assistant United States Attorney

/s/ *Marc M. Lowry*
**ROTHSTEIN DONATELLI LLP**