IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.                                      No.  13-CR-663-MV

MATTHEW I. GROBSTEIN,

    *Defendant*.

### ORDER GRANTING AMENDED UNOPPOSED MOTION TO MODIFY STANDARD PROBATION CONDITION

**THIS MATTER** comes before the Court on the Unopposed Motion of Defendant requesting that Defendant Matthew I. Grobstein be allowed to travel to Ulster County in the Northern District of New York, in addition to the Southern Judicial District of New York State, where he resides, without his probation officer's approval.  The Court, noting lack of opposition of the United States and the respective Probation Officers, finds that the Motion is well-taken.  Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Amended Motion is **GRANTED,** and his standard condition of probation discussing travel will be amended so Defendant Grobstein can travel within Ulster County, in the Northern District of New York, in addition to the Southern District of New York State, where Defendant Grobstein resides, without securing the prior approval of his probation officer.

_____
MARTHA VAZQUEZ
United States District Court Judge

**Submitted by:**

Marc M. Lowry
Maggie Lane
*Counsel for Defendant Grobstein*


**Approved by:**

_____
Letitia Simms
*Assistant United States Attorney*